UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
www.flnb.uscourts.gov

IN RE:                         Case No. 18-50002-KKS
Kathi Ann Young                Chapter 13

      Debtor.                    /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Lindsey Savastano, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Trustmark National Bank. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

For reference, the property address associated with the undersigned representation is 1926 West 27th Street, Panama City, FL 32405.

                                          /s/ Lindsey Savastano
                                          Lindsey Savastano
                                          FL Bar # 57079
                                          Shapiro, Fishman & Gaché, LLP
                                          Attorney for Secured Creditor
                                          2424 North Federal Highway
                                          Suite 360
                                          Boca Raton, Florida 33431
                                          Telephone: 561-542-7621
                                          Fax: (561) 998-6707
                                          E-mail: Lsavastano@LOGS.com

16-303909

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent to the following on this 10th day of January, 2018.

Kathi Ann Young, 1926 West 27th Street, Panama City, FL 32405
Charles M. Wynn, P.O. Box 146, Marianna, FL 32447
Leigh D. Hart, P.O. Box 646, Tallahassee, FL 32302
United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301

/s/ Lindsey Savastano
Lindsey Savastano
FL Bar # 57079
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: Lsavastano@LOGS.com